No. 538. GUERRA *v.* THE KEEPER OF THE GENERAL ARCHIVES ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided May 16, 1910. Appeal dismissed for noncompliance with rule 42 of the rules of the Supreme Court. *Mr. Francisco Socorro* for petitioner. *Messrs. Gabriel Guerra* and *Miguel Guerra* for respondent.

---

No. 246. THE PEOPLE *v.* RODRÍGUEZ ET AL.—Appeal from the District Court of Mayagüez. Decided May 19, 1910. Judgment affirmed. *Mr. Carlos del Toro Fernández* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 500. RIVERA *v.* LUQUE.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided May 23, 1910. Motion denied. *Messrs. Jacinto Texidor* and *Eduardo Cautiño* for petitioner. *Messrs. Coll Cuchí Hermanos* for respondent.

---

No. 402. THE AMERICAN RAILROAD Co. *v.* QUIÑONES.—Appeal from the District Court of Mayagüez. Motion of the respondent to suspend execution of the judgment delivered by the Supreme Court. Decided May 27, 1910. Motion overruled. *Messrs. F. L. Cornwell* and *Fernándo Vázquez* for petitioner. *Messrs. Eduardo Acuña* and *José E. Figueras* for respondent.

---

No. 450. THE AMERICAN RAILROAD Co. *v.* ORTIZ.—Appeal from the District Court of Guayama. Motion to suspend execution of the judgment rendered by the Supreme Court. Decided May 27, 1910. Motion overruled. *Messrs. F. L. Cornwell* and *Fernando Vázquez* for petitioner. *Mr. Miguel Juan Llaneras* for respondent.